IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR400 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ANUAR NUNEZ, | ) | |
| Defendant. | ) | |

On this date, attorney James E. Mitchell orally motioned the court to withdraw as counsel of record. For good cause shown, the motion is granted. The defendant has asserted a financial affidavit before this court. Therefore, the court finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

THEREFORE, IT IS ORDERED that

1. The Federal Public Defender is appointed as CJA counsel to represent the above named defendant;

2. A status hearing is scheduled before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **Monday, July 9, 2007, at 2:00 p.m**. Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 25th day of June, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge